IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SUSAN R. BURNS,

    Plaintiff,

vs.                                                       Civ. No. 08-713 LH/RHS

EVENTS & TRANSPORTATION ASSOCIATES,
INC., et al.,

    Defendants.

## ORDER ADOPTING JOINT STATUS REPORT
## AND PROVISIONAL DISCOVERY PLAN

THIS MATTER came before the Court on a Rule 16 scheduling conference. Following a review of the parties' Joint Status Report and Provisional Discovery Plan filed December 1, 2008, the Court adopts the Joint Status Report and Provisional Discovery Plan as modified by the dates designated in the Court's Scheduling Order.

                                                    *Robert Hayes Scott*
                                                    ROBERT HAYES SCOTT
                                                    UNITED STATES MAGISTRATE JUDGE