IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SUSAN R. BURNS,

    Plaintiff,

vs.                                                                                         Civ. No. 08-713 LH/RHS

EVENTS & TRANSPORTATION ASSOCIATES,
INC.; JACK LOTT and BRIAN CLARK;

    Defendants.

## ORDER GRANTING DEFENDANTS' MOTION TO STAY DISCOVERY

**THIS MATTER** comes before the Court on Defendants' Motion to Stay Discovery [docket no. 29]. The Court has considered the motion together with Plaintiff's Response (docket no. 33) and Defendants' Reply (docket no. 38) thereto. Plaintiff's Response (docket no. 33) is apparently intended to serve as a response to Defendants' Motion for Summary Judgment (docket no. 27). The only motion before the undersigned is Defendants' Motion to Stay Discovery and that is also the subject of Defendants' Reply (docket no. 38). The Court encourages Plaintiff to file her Response in Opposition to Defendants' Motion for Summary Judgment as a stand-alone pleading and not attempt to combine it as a response to the instant motion. The Court having considered Defendants' Motion to Stay Discovery concludes that it is well-taken and should be granted.

**IT IS THEREFORE ORDERED** that Defendants' Motion to Stay Discovery [docket no. 29] is hereby granted and discovery is hereby stayed until such time as the issue of Defendants' immunity under the New Mexico Workers' Compensation Act is resolved.

                                                                                 _____
                                                                                 ROBERT HAYES SCOTT
                                                                                 UNITED STATES MAGISTRATE JUDGE